1
2
3
4
5                             UNITED STATES DISTRICT COURT
6                                    DISTRICT OF NEVADA
7
8  ANDRE BOUDREAU,                              2:11-CV-1980 JCM (CWH)
9            Plaintiff,
10 v.
11 UNITED STATES OF AMERICA,
12           Defendant.
13
14                                          **ORDER**
15     Presently before the court is the matter of *Boudreau v. United States of America*, case number
16 2:11-cv-1980-JCM-CWH.
17     Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days
18 after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must
19 dismiss the action without prejudice."
20     Plaintiff Andre Boudreau filed the complaint on December 9, 2011. (Doc. #1). Pursuant to
21 Federal Rule of Civil Procedure 4(m), on June 27, 2012, the clerk of the court provided notice to
22 plaintiff that the action would be dismissed as to defendant the United States of America if plaintiff
23 did not file proof of service of process by July 27, 2012. (Doc. #4). The United States of America
24 is the only defendant in this case.
25     To date, the court has not received proof of service of process as to defendant the United
26 States of America, as required under Rule 4(m).
27 . . .
28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case

3    be, and the same hereby is, DISMISSED without prejudice.

4    DATED August 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -